August 9, 2012



# JUDGMENT
## The Fourteenth Court of Appeals

THE PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, TEXAS, Appellant

NO. 14-10-00708-CV            V.

ZACHRY CONSTRUCTION CORPORATION, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, Zachry Construction Corporation, signed April 28, 2010, was heard on the transcript of the record. We have inspected the record and find the trial court erred in entering judgment in favor of Zachry Construction Corporation on its claims against appellant, the Port of Houston Authority of Harris County, Texas. We therefore **ORDER** the judgment of the court below **REVERSED** and **RENDER** judgment that Zachry Construction Corporation take nothing on its claims against the Port of Houston Authority of Harris County, Texas.

We further **RENDER** judgment that the Port of Houston Authority of Harris County, Texas have and recover attorney's fees as found by the jury with respect to Zachry Construction Corporation's claim for delay or hindrance damages as follows: (1) $10,500,000 for trial, (2) $90,000 for appeal to the court of appeals, and (3) $22,500 for appeal to the Texas Supreme Court; and with respect to Zachry Construction Corporation's claims for withholding liquidated damages as follows: (1) $80,250 for trial, (2) $3,750 for appeal to the court of appeals, and (3) $1,250 for appeal to the Texas Supreme Court.

We order appellee, Zachry Construction Corporation, to pay all costs incurred in this appeal. We further order this decision certified below for observance.